888 F.2d 1344
 RELIANCE INSURANCE CO., Plaintiff-Appellee,
v.
Ted O. ROMINE, Defendant-Appellant.
 No. 89-8224
Non-Argument Calendar.
 United States Court of Appeals,
Eleventh Circuit.
 Nov. 22, 1989.
 
 James P. Gerard, Savannah, Ga., for defendant-appellant.
 Charles H. Fails, M. Michael Egan, Jr., Atlanta, Ga., for plaintiff-appellee.
 Appeal from the United States District Court for the Southern District of Georgia.
 Before HATCHETT and COX Circuit Judges, and HILL, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 We affirm on the basis of the district court's opinion in Reliance Insurance Co. v. Romine, 707 F.Supp. 550 (S.D.Ga.1989).
 
 
 2
 AFFIRMED.